UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY CLAPP, Plaintiff, v. FLORENCE KORKAMES, et al., Defendants. | Case No. 19-cv-01770-SI **JUDGMENT** |

The Court has dismissed plaintiff's case with prejudice for lack of subject matter jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 24, 2019

SUSAN ILLSTON
United States District Judge